CARD v. CITY OF EVERETT 3037

# APPENDIX A



The Ten Commandments monument in Everett, Washington.

# APPENDIX B



The Ten Commandments monument in Austin, Texas at issue in *Van Orden*.